The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| OLSON KUNDIG, INC., <br><br> Plaintiff, <br><br> v. <br><br> LES EERKES, and EERKES ARCHITECTS, LLC <br><br> Defendants. | Case No. 2:19-cv-01616-RSL <br><br> [PROPOSED] ORDER GRANTING JOINT STIPULATION EXTENDING ALL DEADLINES |

Having considered the Joint Stipulation Extending All Deadlines, IT IS HEREBY ORDERED that this motion is GRANTED. All deadlines in the case are currently extended thirty days from the date of this signed Order. Parties shall file either a Status Update or Dismissal should a settlement be reached within thirty days.

//
//
//
//
//
//

[PROPOSED] ORDER GRANTING JOINT
STIPULATION EXTENDING ALL DEADLINES - 1
Case No. 2:19-cv-01616-RSL

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

| | |
|---|---|
| 1 | IT IS SO ORDERED. |
| 2 | Dated this 22nd day of January, 2020. |

_[signature]_

The Honorable Robert S. Lasnik
United States District Judge

Presented by:

By: *s/ Benjamin Hodges*
Benjamin Hodges, WSBA 49301
By: *s/ Devra R. Cohen*
Devra R. Cohen, WSBA 49952
By: *s/ Bianca G Chamusco*
Bianca G Chamusco, WSBA 54103
FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3292
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email: ben.hodges@foster.com;
devra.cohen@foster.com;
bianca.chamusco@foster.com

*Attorneys for Olson Kundig, Inc.*

By: *s/ Thomas Purcell McCurdy*
Thomas Purcell McCurdy, WSBA 41568
Smith Freed Eberhard P.C.
1215 Fourth Avenue, Suite 900
Seattle, Washington 98161
Telephone: (206) 576-7575
Facsimile: (206) 576-7580
Email: TMcCurdy@smithfreed.com

*Attorney for Defendants Les Eerkes and Eerkes Architects, LLC*

[PROPOSED] ORDER GRANTING JOINT
STIPULATION EXTENDING ALL DEADLINES - 2
Case No. 2:19-cv-01616-RSL

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700